No. 2023-1336

# United States Court of Appeals For the Federal Circuit

SANHO CORP.,

*Patent Owner/Appellant,*

v.

KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.,

*Petitioner/Appellee.*

Appeal from the United States Patent and Trademark Office, Case No. IPR2021-00886

**JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(a)**

In accordance with Federal Circuit Rule 33(a), the parties through counsel conducted settlement discussions. No settlement agreement between the parties has been reached.

Dated: July 24, 2023

/s/ Steven G. Hill
Steven G. Hill
David K. Ludwig
HILL, KERTSCHER & WHARTON
3625 Cumberland Blvd., Suite 1050
Atlanta, GA 30339
Phone: 770-953-0995
Fax: 770-953-1358
sgh@hkw-law.com
dludwig@hkw-law.com

*Counsel for Appellant Sanho Corp.*

Respectfully submitted,

/s/ Ryan Gentes
James D. Stein
Ryan P. Gentes
LEE & HAYES, P.C.
75 14th Street NE, Ste. 2500
Atlanta, GA 30309
Tel: (404) 815-1900
Email: james.stein@leehayes.com
ryan.gentes@leehayes.com

*Counsel for Appellee KaiJet*
*Technology International Limited, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of July, 2023, I caused a copy of the forgoing to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

James D. Stein
R. Bruce Bower
Ryan Gentes
LEE & HAYES, PC
75 14th Street NE, Suite 2500
Atlanta, Georgia 30309
(404) 736-1918
james.stein@leehayes.com
bruce.bower@leehayes.com
ryan.gentes@leehayes.com

*Counsel for Appellee*

                                            /s/ Steven G. Hill
                                            Steven G. Hill